Catherine Christianson SBN: 182144
GREIFENDORFF LAW OFFICES P.C.
12640 Hoover Street
Garden Grove, California 92841
Tel: (714) 823-2010
Fax: (714) 823-2015
E-mail: christiansenlaw©yahoo.com

[Proposed]Attorney for
Salim Bensrhir

**FILED & ENTERED**

**JUL 30 2012**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY elzy       DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES  DIVISION**

| | |
|---|---|
| In re:<br><br>SALIM BENSRHIR<br><br>                                           Debtor | Case No 2:12-bk-12156-TD<br><br>Chapter  11<br><br>**ORDER DENYING DEBTOR'S MOTION FOR ORDER:(1) MOTION TO SET VALUE TO DETERMINE SECURED VALUE OF REALPROPERTY (409-411 N Norton Avenue, LosAngeles, California, 90004);(2) AVOID THE LIEN OF BAC HOMELOANS LP PURSUANT TO §506(d);(3) PRESERVING AVOIDED LIEN FORTHE DEBTOR'S ESTATE PURSUANT TO II U.S.C. §551**<br><br>Date:7/18/12<br>Time: 10:00 A.M.<br>Location: Courtroom 1345<br>            255 E Temple Street<br>            Los Angeles, CA 90012 |

Debtor's Motion to Set Value of Real Property located at **409-411 N Norton Avenue,**

**LosAngeles, California, 90004** came on regularly scheduled hearing on July 18, 2012 at 10:00

a.m. in Courtroom 1345 of the United States Bankruptcy Court.  Appearances as noted in the

record.

-1-

IT IS ORDERED:

The motion is denied.

###



DATED: July 30, 2012

United States Bankruptcy Judge

-2-

**NOTE: PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
12640 Hoover Street, Garden Grove, California 92841

A true and correct copy of the foregoing document described as **_ORDER DENYING DEBTOR'S MOTION FOR ORDER:(1) MOTION TO SET VALUE TO DETERMINE SECURED VALUE OF REALPROPERTY (409-411 N Norton Avenue, LosAngeles, California, 90004);(2) AVOID THE LIEN OF BAC HOMELOANS LP PURSUANT TO §506(d);(3) PRESERVING AVOIDED LIEN FORTHE DEBTOR'S ESTATE PURSUANT TO II U.S.C. §551_**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/24/12, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On 7/24/12, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas Donovan , U.S Bankruptcy Court, 255 E. Temple Street, Suite 1352 Los Angeles, CA 90012-4593 (Via U.S. Mail)
(Debtor) Salim Bensrhir, 11818 Pacific Ave., Los Angeles, CA, 90066

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/24/12, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Jared D Bissell     ecfcacb@piteduncan.com
- Todd S Garan     ecfcacb@piteduncan.com
- Casper J Rankin     ecfcacb@piteduncan.com
- Cassandra J Richey     cmartin@pprlaw.net
- Richard F Weiner     californiabk@rsmatrustee.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/24/12    Signature: */s/ Catherine Christiansen*

Printed Name: Catherine Christiansen

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Aurora Loan Services<br>Attn: Bankruptcy Dept<br>PO Box 1706<br>Scottsbluff, NE 69363 | Michael Valeri<br>411 N Norton Ave<br>Los Angeles, CA 90004 | |
| Aurora Loan Services<br>10350 Park Meadows Dr<br>Lone Tree, CO 80124 | LA County Tax Assessor<br>225 N. Hill Street<br>Los Angeles, CA 90012 | |
| Green Tree Servicing L<br>Po Box 6172<br>Rapid City, SD 57709 | | |
| Chase<br>PO Box 1093<br>Northridge, CA 91328 | | |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | | |
| Gmac Mortgage<br>Po Box 4622<br>Waterloo, IA 50704 | | |
| Chase<br>P.o. Box 15298<br>Wilmington, DE 19850 | | |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998 | | |
| Portfolio Recvry And Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | |
| Yosi Sargent<br>409 N Norton Ave<br>Los Angeles, CA 90004 | | |
| Applied Bank<br>4700 Exchange Cour<br>Boca Raton, FL 33431 | | |
| Nicholas Militello<br>410 N Norton Ave<br>Los Angeles, CA 90004 | | |
| Jonathan Feldman<br>844 N Dillon<br>Los Angeles, CA 90026 | | |
| Shawn Bann<br>844 N Dillon<br>Los Angeles, CA 90026 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9013-3.1.PROOF.SERVICE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **_ORDER DENYING DEBTOR'S MOTION FOR ORDER:(1) MOTION TO SET VALUE TO DETERMINE SECURED VALUE OF REALPROPERTY (409-411 N Norton Avenue, LosAngeles, California, 90004);(2) AVOID THE LIEN OF BAC HOMELOANS LP PURSUANT TO §506(d);(3) PRESERVING AVOIDED LIEN FORTHE DEBTOR'S ESTATE PURSUANT TO II U.S.C. §551_** was entered on the date stated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/24/12, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below:

- Jared D Bissell    ecfcacb@piteduncan.com
- Catherine Christiansen    christiansenlaw@yahoo.com
- Todd S Garan    ecfcacb@piteduncan.com
- John L Greifendorff    john@greifenlaw.com, cherryl@greifenlaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Casper J Rankin    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pprlaw.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Richard F Weiner    californiabk@rsmatrustee.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) stated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**